UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**MACK W. ALLEN,**               **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**vs.**

**COMMISSIONER OF SOCIAL SECURITY,**   **CASE NO: 15-1159-STA-tmp**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Report and Recommendation of the Magistrate Judge Affirming the Decision of the Commissioner and Order Certifying Appeal Not Taken In Good Faith entered on July 19, 2017, this cause is hereby DISMISSED.

                            APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 7/19/2017**               THOMAS M. GOULD
                                             **Clerk of Court**

                                             s/Maurice B. BRYSON

                                             (By) Deputy Clerk